STATE OF NEW JERSEY v. MICHAEL J. BROWN.

January 17, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID FLETCHER.

January 17, 1984.

Petition for certification denied.

MICHAEL CHRISTY v. CITY OF NEWARK.

January 17, 1984.

Petition for certification granted.

STEPHEN F. HUETTENMOSER v. RICHARD H. CONNELLY.

January 17, 1984.

Petition for certification denied.